IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MALCOLM W. HOLLIMAN,

    Plaintiff,

v.

JOHN PAQUIN, LYNDA SCHWANDT,
CHAPLAIN KUHENS,
UNIT MANAGER WINKLESKI,
CAPT. J. ANDERSON,
CAPT. HESSELBERG,
CAPT. JORGERSON, CAPT. STICH,
LT. SKIME and C/O HAYES,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-443-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed with prejudice.

_____    6/28/2011
Peter Oppeneer, Clerk of Court    Date